## MALONE, administratrix, etc., v. HATHAWAY.

*Negligence — master and servant — duty of master to provide safe structures.*

Plaintiff's intestate, an employee of defendant, while in the discharge of his duty, was killed by the breaking down of a floor in defendant's brewery, upon which stood a mash-tub filled with boiling mash. The evidence tended to show that the floor was rotten, weak and insufficient to support the tub through the negligence of defendant in not making repairs. *Held*, that it was the duty of defendant to furnish a safe structure in which the duties of his servant were to be performed, and it was for the jury to determine whether he had negligently failed to do so. *Lanning* v. *N. Y. C. R. R. Co.* 49 N. Y. 521; *Plank* v. *N. Y. C. & H. R. R. R. Co.*, 1 N. Y. Sup. Ct. 319 *Hoffnagle* v. *N. Y. C. & H. R. R. R. Co.*, id. 346.

EXCEPTIONS ordered to be heard in the first instance, at the general term after a nonsuit at the circuit.

*W. F. Cogswell,* for plaintiff.

*J. C. Cochrane,* for defendant.

TALCOTT, J.

The opinion merely recites the evidence, and decides the case upon the authority of the cases cited in the head-note.

*New trial ordered.*